

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON MAKULA,

                 Plaintiff,

    - against -                              *NOTICE OF REMOVAL*

NATIONAL THEATRE OF SCOTLAND,      *Defendant Demands*
                                                          *A Trial By Jury*
                 Defendant.
------------------------------------------------------------X

*C O U N S E L O R S :*

    ***PLEASE TAKE NOTICE,*** that a Notice for the removal of the above-entitled action from Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York, a copy of which is annexed hereto, was duly filed on the 21st day of March 2013.

    ***PLEASE TAKE FURTHER NOTICE,*** that upon the filing of said petition, a copy of the Notice was filed with the Clerk of the Supreme Court, New York County.

Dated: New York, New York
       March 20, 2013                             Yours, etc.

                                                   *QUIRK and BAKALOR, P.C.*

                                                     *Richard Bakalor (RB3542)*
                                                     *Attorneys for Defendant*
                                                     845 Third Avenue
                                                     New York NY 10022
                                                     212-319-1000

TO:

HARRIS/LAW
*Attorneys for Plaintiff*
110 East 59th Street - Suite 3200
New York NY 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 1888

------------------------------------------------------------X
JASON MAKULA,

                      Plaintiff,

       - against -                           ***PETITION OF REMOVAL***

NATIONAL THEATRE OF SCOTLAND,     ***Defendant Demands***
                                                                          ***A Trial By Jury***
                      Defendant.
------------------------------------------------------------X

TO:    **THE HONORABLE JUDGES OF THE UNITED STATES
          DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

        Petitioner NATIONAL THEATRE OF SCOTLAND (hereafter 'NTS") respectfully alleges and shows this Court as follows:

        1.     Plaintiff filed an action in Supreme Court, New York County, on October 18, 2012.

        2.     The action was entitled *Jason Makula against National Theatre of Scotland and National Theatre of Scotland, America, Inc.* (copy of Summons and Complaint attached hereto as **Exhibit "A"**).

        3.     According to Paragraph First of the Complaint, plaintiff is a resident of New Haven, Connecticut, and upon information and belief remains a resident of Connecticut.

        4.     NTS was served the Summons and Complaint on November 13, 2012.

        5.     NTS answered the Complaint on January 15, 2013 (copy of Answer attached hereto as **Exhibit "B"**).

        6.     NTS is a registered company in Scotland, with its principal place of business located in Glasgow, Scotland.

1

7. Since the Complaint did not contain any monetary demand, a Demand for Damages was served on plaintiff's attorney on January 15, 2013 (copy of Demand attached hereto as **Exhibit "C"**).

8. A Response to the Combined Demand showed a damage demand in the amount of Twenty Million ($20,000,000.00) Dollars (copy of said Response to Combined Demand attached hereto as **Exhibit "D"**).

9. Said Response to Demand was served on Quirk and Bakalor, P.C., the attorneys for NTS on February 21, 2013, and was received by Quirk and Bakalor, P.C., on February 24, 2013.

10. Such was the first monetary demand indicating that the amount in controversy was over $75,000.00 exclusive of interest and costs.

11. NATIONAL THEATRE OF SCOTLAND, AMERICA, INC., is a Delaware corporation with its principal place of business in Glasgow, Scotland.

12. NATIONAL THEATRE OF SCOTLAND, AMERICA, INC., never answered.

13. A Stipulation was entered into between the attorneys for the parties discontinuing plaintiff's action against NATIONAL THEATRE OF SCOTLAND, AMERICA, INC., and amending the caption by deleting NATIONAL THEATRE OF SCOTLAND, AMERICA, INC., from the caption.

14. The Stipulation was dated March 19, 2013. It was So Ordered by Justice Shlomo Hagler of Supreme Court, New York County, on March 20, 2013. Copy of the conformed, stamped Stipulation of Discontinuance attached hereto as **Exhibit "E"**.

15. The above-captioned action is one of which this Court has original jurisdiction under the provisions of Title 28 United States Code 1332 and Title 28, United States Code 1441, in that diversity of citizenship exists. The plaintiff is a resident of the State of Connecticut, residing in New Haven, Connecticut. The defendant NTS is a Scotland company and has its principal place of business in Glasgow, Scotland.

16. The accident occurred in New York County.

17. The Petition for Removal is being filed within thirty days after first receiving notification from plaintiff's attorney or anyone else that the demand for damages in the action was over $75,000 exclusive of interest and costs and is being filed within one year of the commencement of the action.

*WHEREFORE*, petitioner prays that the above action now pending against it in the Supreme Court of the State of New York, New York County, be removed to the United States District for the Southern District of New York.

Dated: New York, New York
       March 20, 2013

Yours, etc.

*QUIRK and BAKALOR, P.C.*

_____
*Richard Bakalor (RB3542)*
*Attorneys for Defendant*
845 Third Avenue
New York NY 10022
212-319-1000

TO:

HARRIS/LAW
*Attorneys for Plaintiff*
110 East 59th Street
Suite 3200
New York NY 10022

3

☐ **Certification By Attorney** certify that the within has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation** state that I am the attorney(s) of record for _____ in the within action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF _____ ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification** in the action; I have read the foregoing _____ and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification** the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

*The name signed must be printed beneath*

STATE OF NEW YORK, COUNTY OF **NEW YORK** ss.: (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at **FLUSHING, NY**
On **March 21 2013** I served the within **Notice of Removal**

☑ **Service By Mail** by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual** by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*

☐ **Service by Electronic Means** by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service** by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

**HARRIS/LAW**
*Attorneys for Plaintiff*
110 East 59th Street - Suite 3200
New York NY 10022

KAREN P. ARTUSA
Notary Public, State of New York
No. 01AR6224793
Qualified in Nassau County
Commission Expires July 12, 20__14__

Sworn to before me on  March 21 2013

*The name signed must be printed beneath*

**SONJA BAIER**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.                Year

JASON MAKULA,

                                    Plaintiff,
       -against-

NATIONAL THEATRE OF SCOTLAND,

                                    Defendant.

## NOTICE OF REMOVAL

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* **Defendant**

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

**PLEASE TAKE NOTICE:**

☐ <u>NOTICE OF ENTRY</u>

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ <u>NOTICE OF SETTLEMENT</u>

that an order                                                          of which the within is a true copy
will be presented for settlement to the HON.                           one of the judges of the
within named Court, at
on                              at              M.
Dated,

                                    Yours, etc.

                                    **QUIRK AND BAKALOR, P.C.**