# HARRIS/LAW

110 EAST 59TH STREET, SUITE 3200
NEW YORK, NEW YORK 10022

TELEPHONE (212) 593-7600
FACSIMILE (212) 593-8038
E-MAIL INFO@HARRISLAWNYC.COM

April 17, 2014

**Honorable Gregory H. Woods**
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Jason Makula v. National Theatre of Scotland and National Theatre of Scotland America, Inc.
      Case No.: 13-CV-1888

Dear Judge Woods:

Please be advised that the above captioned matter has been settled in the amount of $2,370,000.00. We are currently working on the closing documents, including releases and the Stipulation of Discontinuance.

Upon execution of all closing documents, we will be filing the Stipulation of Discontinuance.

Should you have any further questions, please do not hesitate to contact the undersigned.

Very truly yours,

HARRIS/LAW

Jessica A. Almeida, Esq.

JA/geb

cc:   **QUIRK & BAKALOR, P.C.**
      845 Third Avenue
      New York, NY 10022

      **VIA FAX:**
      **212-319-1064**